**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**RUSSELL CORBIN**                                                                                  **PLAINTIFF**


**v.**                                   **Case No: 4:20-cv-01136-LPR**


**BILL GILKY**                                                                                  **DEFENDANT**


## JUDGMENT

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Russell Corbin's Complaint is DISMISSED without prejudice.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of May 2021.


_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE